UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FRANCOIS TABI, | Case No. CV 17-7189 DMG(JC) |
|---|---|
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOSEPH LAZOVSKY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the documents filed in connection with the two pending Motions to Dismiss (collectively "Motions"), and the records herein, including the May 11, 2018 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation" or "R&R"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED: (1) the Motions are granted to the extent they seek dismissal of the Federal Claims (as defined in the R&R) on grounds set forth in the R&R; (2) the Court declines to exercise supplemental jurisdiction over Plaintiff's State Claims (as defined in the R&R); (3) the First Amended Complaint is dismissed with leave to amend; and (4) Plaintiff shall, within fifteen (15) days of the date of this Order, either (a) file a Second Amended Complaint which cures

the pleading defects identified in the R&R if Plaintiff intends to pursue this matter,[1] or (b) sign and return the attached Notice of Dismissal – which will result in the voluntary dismissal of this action without prejudice – if Plaintiff elects not to proceed with this action.

**Plaintiff is cautioned that, absent further order of the Court, Plaintiff's failure timely to file a Second Amended Complaint or Notice of Dismissal, may be deemed Plaintiff's admission that amendment is futile, and may result in the dismissal of this action with or without prejudice on the grounds set forth in the Report and Recommendation, on the ground that amendment is futile, for failure diligently to prosecute, and/or for failure to comply with the Court's Orders.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff and counsel for Defendants.

IT IS SO ORDERED.

DATED: June 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Attachment

---

[1] Any Second Amended Complaint must: (a) be labeled: "Second Amended Complaint;" (b) be complete in and of itself and not refer in any manner to the original complaint or the First Amended Complaint – *i.e.*, it must include all claims on which plaintiff seeks to proceed (Local Rule 15-2); (c) contain a "short and plain" statement of the claim(s) for relief (Fed. R. Civ. P. 8(a)); (d) make each allegation "simple, concise and direct" (Fed. R. Civ. P. 8(d)(1)); (e) present allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances" (Fed. R. Civ. P. 10(b)); (f) state each claim founded on a separate transaction or occurrence in a separate count as needed for clarity (Fed. R. Civ. P. 10(b)); (g) set forth clearly the sequence of events giving rise to the claim(s) for relief; (h) allege specifically what each defendant did and how the conduct of that individual or entity specifically violated plaintiff's civil rights; and (i) not change the nature of this suit by adding new, unrelated claims or defendants, cf. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (civil rights plaintiff may not file "buckshot" complaints – *i.e.*, a pleading that alleges unrelated violations against different defendants).