1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| FRANCOIS TABI, | Case No. CV 17-7189 DMG(JC) |
| Plaintiff, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JOSEPH LAZOVSKY, et al., | |
| Defendants. | |

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended

17  Complaint, all documents filed in connection with the two pending Motions to

18  Dismiss (collectively "Motions"), and all of the records herein, including the

19  November 7, 2018 Report and Recommendation of United States Magistrate Judge

20  ("Report and Recommendation"), plaintiff's opposition to the Report and

21  Recommendation ("Objections") (including his notice of errata and supporting

22  declaration and exhibits), and defendants' Reply to the Objections.  The Court has

23  further made a *de novo* determination of those portions of the Report and

24  Recommendation to which objection is made.[1]

25  ///

26  _____

27        [1]To the extent the Objections present new evidence/arguments, the Court exercises its
    discretion to decline to consider the same. See United States v. Howell, 231 F.3d 615, 621 (9th
28  Cir. 2000), cert. denied, 534 U.S. 831 (2001).

The Objections largely mischaracterize the Report and Recommendation, the facts, and the governing law, and essentially assert mostly the same arguments plaintiff previously raised, and which the Report and Recommendation properly concludes have no merit. Accordingly, the Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that: (1) the Motions are granted; (2) the Second Amended Complaint is dismissed without further leave to amend; and (3) Judgment be entered dismissing this action.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and counsel for the defendants.

IT IS SO ORDERED

DATED: February 26, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE