UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSEPH LAZOVSKY, et al.,<br><br>           Defendants. | Case No. CV 17-7189 DMG(JC)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered dismissing the operative Second Amended Complaint without further leave to amend and dismissing this action.

DATED: February 26, 2019

                                          */s/ Dolly M. Gee*
                                         DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE